IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00958-BNB

RONALD FRAZIER,

Applicant,

v.

HOYT BRILL (C.C.A.) K.C.C.F., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion for Rules for Pre-Answer Brief and Extension of Time" filed on August 4, 2008, is GRANTED as follows: Applicant may file a reply to Respondents' Pre-Answer Response as provided in the court's Order to File Pre-Answer Response filed on July 1, 2008. Applicant shall have **thirty (30) days from the date of this minute order** to file his reply.

Dated: August 5, 2008

Copies of this Minute Order mailed on August 5, 2008, to the following:

Ronald Frazier
Prisoner No. 58407
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

_____
Secretary/Deputy Clerk