IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00958-WYD-CBS

RONALD FRAZIER,

    Applicant,

v.

HOYT BRILL (C.C.A.) K.C.C.F., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Applicant's "Combined Motion to Add Claim and Reconsider Denied Claims Five and Seven" (docket #25) filed on September 17, 2008, is **DENIED** to the extent Applicant seeks reconsideration of the order dismissing claims five and seven in the second amended application. Respondent is directed to file by **November 14, 2008**, a response to the motion to the extent Applicant seeks to raise a new claim in this action. Respondent is directed to address whether the new claim Applicant seeks to raise is timely, whether the claim is exhausted, and whether the claim has any substantive merit.

    Dated: October 29, 2008.