IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00958-WYD-CBS

RONALD FRAZIER,

    Applicant,

v.

HOYT BRILL (C.C.A.) K.C.C.F., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Applicant's "Motion to Reinstate Dismissed Habeas Corpus Claim" (docket #34) filed on December 11, 2008, is **DENIED**. Applicant's "Motion for Extension of Time" (docket #35) filed on December 31, 2008, is **GRANTED** as follows: Applicant shall have up to and including **February 13, 2009**, to file a traverse.

    Dated: January 13, 2009.