IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00958-WYD-CBS

RONALD FRAZIER,

    Applicant,

v.

HOYT BRILL (C.C.A.) K.C.C.F., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Applicant's "Motion for a Stay to Appeal Denial of Claim Five" (docket #39) filed on February 12, 2009, is **DENIED**. Applicant's "Motion for Extension of Time" (docket #40) filed on February 13, 2009, is **GRANTED** as follows: Applicant shall have up to and including **March 20, 2009**, to file a traverse.

    Respondents shall have **twenty (20) days from the date of this minute order** to file a response to Applicant's "Motion to Enlarge 28 U.S.C. § 2254 Claim VI, Ineffective Assistance of Counsel" (docket #36) filed on January 9, 2009.

Dated: February 18, 2009