IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00958-WYD-CBS

RONALD FRAZIER,

    Applicant,

v.

HOYT BRILL (C.C.A.) K.C.C.F., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Applicant's "Motion to Traverse on Respondents [sic] Answer of Petitioner's Habeas Corpus § 2254" (docket #50) filed on May 19, 2009, is **GRANTED**.

Dated: May 20, 2009