IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00958-WYD-CBS

RONALD FRAZIER,

    Applicant,

v.

HOYT BRILL (C.C.A.) K.C.C.F., and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    Applicant Ronald Frazier, a prisoner in the custody of the Colorado Department of Corrections, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an answer and Mr. Frazier has filed a traverse.

    I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete record of Mr. Frazier's trial in Pueblo County District Court Case No. 96CR1265. Accordingly, it is

    ORDERED that Respondents shall provide to this Court **within twenty (20) days from the date of this Order** the complete record of Mr. Frazier's trial in Pueblo County District Court Case No. 96CR1265. It is

    FURTHER ORDERED that the Clerk of the Pueblo County District Court produce the records as described in this Order that are in their possession and provide the

records to counsel for Respondents in this case for filing with this Court.  It is

FURTHER ORDERED that the Clerk of this Court send a copy of this order to both parties and to the Clerk of the Pueblo County District Court, 320 West 10th Street, Pueblo, CO 81003.

Dated:  July 13, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge